Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
SUZANNE NA PIER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SUZANNE NA PIER, an individual,

       Plaintiff,

v.

FLOADAM, LLC, a California limited liability company; and DOES 1-10, inclusive,

       Defendants**.**

Case No.: 8:20-cv-01129-JAK-ADS

Hon. John A. Kronstadt

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**

Complaint Filed: June 26, 2020

Trial Date: None Set

The Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Voluntary Dismissal with prejudice, as to all parties, will be filed within 45 days.

Dated: August 19, 2020                          **MANNING LAW, APC**

                                        By:     */s/ Joseph R. Manning, Jr.  Esq.*
                                                Joseph R. Manning, Jr., Esq.
                                                Attorneys for Plaintiff
                                                Suzanne Na Pier